FULL NAME
Michael F. MANALO
COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
CALIFORNIA CORRECTIONAL INSTITUTION
P.O. BOX 608, TEHACHAPI, CA. 93581
PRISON NUMBER (if applicable)
BD3660

FILED
CLERK, U.S. DISTRICT COURT

JAN 8 2018

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael F. MANALO

                                    PLAINTIFF,

v.

Superior Court of California
County of Los Angeles
MR. Sullivan          DEFENDANT(S).

CASE NUMBER

CV18-146-R (FFM)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2.  If your answer to "1." is yes, how many? _____ N/A

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN - 4 - 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____ *N/A* _____
   Defendants ___ *N/A* _____

b. Court ___ *N/A* _____
   _____

c. Docket or case number ___ *N/A* _____

d. Name of judge to whom case was assigned ___ *N/A* ____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ___ *N/A* _____

f. Issues raised: ___ *N/A* _____
   _____
   _____

g. Approximate date of filing lawsuit: ___ *N/A* _____

h. Approximate date of disposition ___ *N/A* _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☑ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___ *Michael F. MANALO* ___
(print plaintiff's name)

who presently resides at ___ *California Correctional Institution, Tehachapi* ___
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

___ *CCI Tehachapi, CA 93581* ___
(institution/city where violation occurred)

on (date or dates) ___10-27-17___, _____, _____
                        (Claim I)              (Claim II)           (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   JACKIE  LACEY _____ resides or works at
                 (full name of first defendant)
     North Valley District - San Fernando CourtHouse
     (full address of first defendant)
     District Attorney
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:
She charged me as Serious Felony Crime (Attached
Copies) in fact the Superior court can't even provide All Portion
                    of my legal documents (Access to the court)

2.   Defendant   LORI L. DERY _____ resides or works at
                 (full name of first defendant)
     North Valley District - San Fernando CourtHouse
     (full address of first defendant)
     Head Deputy
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:
I wrote Third letter to the Superior court of North valley
District but she was pointing to my Public Defender All Portion
                    of my legal documents.

3.   Defendant   (MARK) CORTI TONY _____ resides or works at
                 (full name of first defendant)
     Public defender office, San Fernando Valley
     (full address of first defendant)
     Public defender
     (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
After They'd Sentenced me, he remined me that I can't appeal
my case then how come the superior court is telling me
to get all Portion of my legal documents, in fact they were
the one who Sentenced me and MR.(MARK) CORTI he doesn't care
For All he know's take the deal or else get more years
because we cannot win this case. Ineffective Assistance
                                        of counsel

4.  Defendant  _MR. SULLIVAN_____ resides or works at
    (full name of first defendant)
    _CCI, TeHaCHAPI, P.O. Box 608, TeHaCHAPI, CA. 93581_
    (full address of first defendant)
    _WaRdeN_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_He recieved me here in CCI, TeHaCHAPI without proper legal documents from north valley DISTRICT courT (considered as stolen PROPERTY) Vailution of my civil Right (access to the courT)_

5.  Defendant  _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

1) Violation of my civil Right
   a) access to the Court
   b) Ineffective assistance of Counsel
   c) Sentenced unconstitutional
   d) Conditions of Parole
Bounds v. Smith, 430 U.S. 817 (1977)
Stango v. Jurich, 965 F.2d 289 (7th Cir 1992)
Toussaint v. McCarthy, 926 F.2d 800 (9th Cir. 1990)

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Jackie Lacey — charged me as serious Felony and in fact she can't even provide any strong evidences as she mentioned Penal code 1192.7(c)
2) Lori L. Dery — She violated my civil Right (access to the court) by not providing my request all portion of my legal documents such as Pre-Trial Transcript, Police Report, DNA Report and Probation Report.
3) (Mark) Corti — All he knows get the deal forcing me to sign if not more years 6 (Anders v. California)
4) Mr. Sullivan — CCI, Tehachapi, accepting me here without legal Proper documents as proof of evidences of serious charges Felony and they can't even provide all Portion.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E.  REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

First and foremost I would like to thank God and your Prestigious office whom God appointed to give Justice to the poor that are plundered by the court. I do believed that I am entitled for relief based on their Violation of my constitutional Right for not providing all Portion of my legal documents as follows: Pre-Trial Transcript, Police Report, DNA Report and Probation Report as proof of evidences charging me as serious Violent crime (Felony) Pc. 1192.7 (Access to the court) denying my request is a Violation of my civil Right. In more than a year of my encarceration I am now Traumatized, deteriorated Physically and mentally injured, I'm also under Tripple CMS mental issue meds I'm requesting to your good office to Summons all that are listed in my civil rights complaint. I am praying to God almighty that your Prestigious office will accommodate my Petition civil Right Complaint so that Justice will prevail for the better of our country whom we dearly love. We will join hands together and make America great again. God bless you All.

Sincerely,
MR. Michael F. Manalo

10-10-17
(Date)

(Signature of Plaintiff)

CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

## SPECIAL CONDITIONS OF PAROLE

**PAROLEE NAME:** MANALO, MICHAEL          **CDC NUMBER:** BD3660          **DATE:** 10/05/2017

You shall comply with all of the following special conditions while you are on parole. Any exceptions must be approved in writing by the Unit Supervisor.

### COURT IMPOSED                                                                 REASON

| ☑ | 001. You shall abide by any court imposed Special Conditions of Parole. | 10 |
|---|---|---|

### SUBSTANCE ABUSE

| ☑ | 002. You shall submit to urinalysis testing when instructed to do so by a parole agent. | 01 |
|---|---|---|
| ☑ | 005. You shall not use, possess, or distribute any narcotic or other controlled substance as defined by law or any paraphernalia related to such substances, without a valid prescription. | 01 |
| ☑ | 006. You shall enroll in and successfully complete a substance abuse treatment program as directed by your parole agent or appropriate parole authority. | 01 |

### TREATMENT

| ☑ | 007. You shall attend Parole Outpatient Clinic (POC) for an initial evaluation and remain in that treatment program as deemed necessary by a Parole Outpatient Clinic clinician. | 08 |
|---|---|---|
| ☑ | 008. You shall participate in a mental health treatment program as directed by your parole agent. | 07 |
| ☑ | 009. You shall submit to psychological or physiological assessments to assist in treatment planning and/or parole supervision. | 07 |
| ☑ | 010. You shall report to, and actively participate in a Division of Adult Parole Operations approved treatment program specific to sex offenders. | 11 |
| ☑ | 011. You hereby agree to polygraph examinations while on parole supervision, with the questioning limited to questions about the success of the sex offender treatment program, the crimes(s) for which you were convicted, and related criminal behavior, whether past or future. | 11 |
| ☑ | 012. You agree to and will sign any necessary documents including a waiver of psychotherapist-patient privilege to allow full communication between your sex offender management professional and your parole agent as required by Penal Code (PC) Section 3008 (d)(4) and PC Section 290.09. | 11 |
| ☑ | 013. Upon reporting to sex ofender treatment, you shall sign the forms presented by the treatment provider, including an information release form and a "Consent to Polygraph" form. | 11 |

### CONTACT WITH MINORS

| ☑ | 014. You shall not have contact with any minor male/female you know or reasonably should know is under the age of 18. "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc., excluding biological or adopted children. | 03 |
|---|---|---|

| ☑ | 015. You shall not have any contact with any minor male/female you know or reasonably should know is between the ages of 13 and 18. "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc., excluding biological or adopted children. | 03 |
|---|---|---|
| ☑ | 017. You shall immediately inform your parole agent regarding any contact with a minor. This includes "Accidental" or "Incidental" contact. | 03 |
| ☑ | 018. You shall not enter or loiter within 250 feet of the perimeter of places where children congregate; e.g., day care centers, schools, parks, playgrounds, video arcades, swimming pools, state fairgrounds, county fairgrounds, etc. | 03 |
| ☑ | 019. You shall not enter any school building or school grounds (kindergarten and grades 1 to 12, inclusive) unless for lawful business and written permission, indicating the dates and time, has been granted from the chief administrative official of the school. | 03 |
| ☑ | 020. You shall not enter any park where children regularly gather without prior written approval from your parole agent. The written approval must be kept with you while you are in the park. | 03 |

## RELATIONSHIPS

| ☑ | 021. You shall not date, socialize or form a romantic interest or sexual relationship with any person who has physical custody of a minor. | 03 |
|---|---|---|
| ☑ | 022. You shall inform all persons with whom you have a significant relationship; e.g., employer, dating, or roommate, about your criminal history, and you will inform your parole agent about the relationship. | 03 |

## VICTIM(S)

| ☑ | 024. You shall not enter the premises, unnecessarily travel past, or loiter near where your victim(s) Liam, G. and Patrice, G. frequents, resides, is employed, or attends classes. | 03 |
|---|---|---|
| ☑ | 025. You shall not contact or attempt to contact your crime victim(s): Liam, G. and Patrice, G. or their immediate families. "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | 03 |
| ☑ | 026. You shall not threaten, stalk, abuse, harass, or commit further violent acts against the victim(s) Liam, G. and Patrice, G. . | 03 |
| ☑ | 027. You shall not have in your possession any of your victim(s) Liam, G. and Patrice, G. personal effects; e.g., pictures, letters, etc. | 03 |

## ASSOCIATION

| ☑ | 028. You shall not associate with any known sex offenders except as previously approved or instructed by your parole agent. | 03 |
|---|---|---|

## TRAVEL

| ☑ | 030. You shall not travel more than 50 miles from your residence of record. | 03 |
|---|---|---|
| ☑ | 033. You shall not enter or loiter within 100 yards of areas of sexual or pornographic activity; e.g., adult bookstores, massage parlors, nude or topless bars, sex shops, etc. | 03 |

## EMPLOYMENT

| | | |
|---|---|---|
| ☑ | 035. Employment shall be pre-approved by your parole agent. | 03 |
| ☑ | 036. You shall not obtain employment that allows you to enter a residence where a stranger resides. | 03 |
| ☑ | 037. Volunteer work shall be preapproved by your parole agent. | 03 |

**RESIDENCE**

| | | |
|---|---|---|
| ☑ | 038. You shall not reside in a residence with any person also required to register pursuant to PC Section 290, unless he or she is legally related to you by blood, marriage, or adoption. This does not include treatment programs and/or board and care facilities with the appropriate use permit. | 03 |
| ☑ | 040. You shall not reside within 500 feet of any public or private school (kindergarten and grades 1 through 12, inclusive). | 03 |
| ☑ | 041. You shall not reside within 500 feet of any parks where children regularly congregate. | 03 |
| ☑ | 044. You shall not establish a residence that has not been preapproved by your parole agent. | 03 |

**POSSESSIONS**

| | | |
|---|---|---|
| ☑ | 046. You shall not possess, or have access to any sexually oriented or sexually stimulating objects and/or devices. | 03 |
| ☑ | 047. You shall not view, possess, or have access to any pornographic material; e.g., movies, photographs, drawings, literature, etc. | 03 |
| ☑ | 048. You shall not view, possess, or have access to any material; e.g., periodicals, newspapers, magazines, catalogs, that depict adults or children in undergarments, nude, partially nude, etc. | 03 |
| ☑ | 50. You shall not possess or have access to childrens clothing, toys, games, or other similar material related to children's interests. | 03 |
| ☑ | 055. You shall not wear, possess, purchase, or have access to costumes, masks, or other identity-concealing items. | 03 |
| ☑ | 057. You shall not possess or have access to checks, money orders, or credit cards. | 05 |

**FAMILY VIOLENCE**

| | | |
|---|---|---|
| ☑ | 067. You shall not come within 100 yards of the victim, the victim's residence, or the victim's workplace. | 05 |

**GLOBAL POSITIONING SYSTEM (GPS)**

| | | |
|---|---|---|
| ☑ | 068. You shall participate in continuous electronic monitoring; e.g., global positioning system (GPS) technology. I understand and acknowledge the GPS device continuously records my location and provides data to the Division of Adult Parole Operations. I understand and acknwledge the data is retained indefinitely and may be shared with other law enforcement agencies. | 12 |
| ☑ | 069. You may be charged criminally with grand theft, petty theft, or vandalism and be fined for the cost of the equipment's replacement in the event it is not returned, is purposely discarded, stolen, and/or damaged. | 12 |
| ☑ | 071. You shall observe a 10 p.m. to 5 a.m. curfew and remain within your approved residence. | 03 |

| ☑ | 073. You shall charge the GPS device at least two times per day (every 12 hours) for at least 1 full hour for each charging time. | 12· |
| ☑ | 074. You shall not tamper with the device or cover the device with any material that you know or reasonably should know will interfere with the GPS signal. | 12 |
| ☑ | 075. You shall contact your parole agent immediately if and when the device vibrates and/or makes an audible tone (beep). | 12 |
| ☑ | 076. You shall not expose the device to extreme temperatures or place it under water; e.g., pool, hot tub, bath, etc. | 12 |

## PC SECTION 290 TRANSIENT

| ☑ | 077. If you are transient, you shall register as a transient and comply with all transient registration requirements pursuant to PC Section 290.011. | 10 |

## COMPUTER USE AND ELECTRONIC MEDIA

| ☑ | 080. You shall not have access to or use a personal computer and peripheral devices; e.g., printer, scanner, camera, storage devices, etc. | 03 |
| ☑ | 081. You shall not use or possess cameras, cell phones that include a camera, video cameras, or photography equipment of any kind. | 03 |
| ☑ | 084. You shall not use or access social media sites, social networking sites, peer-to-peer networks, or computer or cellular instant message systems; e.g., Facebook, Instagram, Twitter, Snapchat, Lync, Gmail, Yahoo, KIK Messenger, Tumblr, etc. This would include any site which allows the user to have the ability to navigate the internet undetected. | 03 |
| ☑ | 085. You shall not use the computer for any purpose which might further sexual activity; e.g., possession of sexually explicit material in any form; sexually related "chat" or e-mail exchange; visiting or joining "chat rooms" which contain sexually explicit conversations; visiting/viewing sexually explicit material on web sites; downloading text or video files, digital images in any format, text files or multi-media material that is sexual in nature; or visiting and/or subscribing to user groups, newsgroups, or list servers which contain sexual content. | 03 |
| ☑ | 086. You shall not use the computer for any purpose which might further sexual activity involving minor children; (e.g., possession of sexually explicit material in any form; sexually related "chat" or e-mail exchange; visiting or joining "chat rooms" which contain sexually explicit conversations; visiting/viewing sexually explicit material on web sites; downloading text or video files, digital images in any format, text files or multi-media material that is sexual in nature; or visiting and/or subscribing to user groups, newsgroups, or list servers which contain sexual content). | 03 |
| ☑ | 087. You shall not possess or view certain materials related to, or part of, the grooming cycle for your crime, e.g., images of your victim, stories or images related to your crime or similar crimes, images which depict individuals similar to your victims, (e.g., children, stories written about or for individuals similar to your victim); or materials focused on the culture of your victim, (e.g., children's shows or web sites). | 03 |
| ☑ | 088. You shall not use any method to hide or prevent unauthorized users from viewing specific data or files, (e.g., encryption, cryptography, steganography, compression, or password protected files). Log in and password information shall be provided to your parole agent upon request. | 03 |
| ☑ | 089. You shall not alter or destroy records of computer use; e.g., delete or remove browser history data, possess software or items designed to boot into the computer memory, alter or "wipe" computer media, defeat forensic software, block monitoring software, restore a computer to a previous state, or reinstall operating systems. etc. | 03 |

| | | | |
|---|---|---|---|
| ☑ | 090. You shall consent to announced or unannounced examination and/or search of electronic devices to which you have access for the limited purpose of detecting content prohibited by your conditions of parole or court order; e.g., hard disks, DVDs, CDs, zip disks, floppy disks, thumb drives, and/or any other storage media whether installed within a device or removable and separate from the actual computer device. | | 03 |
| ☑ | 091. You shall not view, possess, or have access to programming for the purpose of viewing sexually explicit programming through televisions or any type of monitor. | | 03 |
| ☑ | 092. You shall not view, possess, or have access to electronic media that depicts sexually explicit content. | | 03 |

**OTHER**

| | | | |
|---|---|---|---|
| ☑ | 093. You shall not place or answer any type of classified personal advertisement seeking or soliciting a relationship with a stranger. | | 03 |
| ☑ | 094. You shall not use or access any telephone numbers designed for sexual arousal or stimulation. | | 03 |
| ☑ | 096. If you spend the night away from your residence of record, you shall notify your parole agent in advance. You shall provide all contact information, including the address and the telephone number. | | 03 |
| ☑ | 101. You shall contact your parole agent within 24 hours of any type of law enforcement contact; e.g., traffic stop, identification check, suspect, witness, etc. | | 03 |
| ☑ | 103. You shall observe a 5p.m. to 5a.m. curfew on Halloween and remain within your approved residence. | | 03 |
| ☑ | 104. You shall/shall not have any contact what-so-ever with Francisca Arena or Armen Megerdchian. No contact means no contact, whether it's by phone, in writing through 3rd party etc. | | 05 |

## REASONS FOR SPECIAL CONDITIONS OF PAROLE

Special conditions can be imposed if there is a nexus or the conditions reasonably related to the subject's commitment offense, criminal conduct, and/or future criminality. A special condition that bars lawful activity is valid only if the prohibited conduct either:

1. Has a relationship to the crime of which the offender was convicted.

2. Is reasonably related to deter future criminality.

Conditions may regulate conduct that is not in itself criminal, but rather reasonably related to future criminality by regulating or prohibiting non-criminal conduct.

| REASON CODES | DESCRIPTION |
|---|---|
| 01 | 01. Subject has a history, supported by an arrest, conviction, or documented admission or pattern of illegal or illicit drug use. |
| 03 | 03. Based on factors and circumstances directly related to the subjects commitment offense(s), the imposition of this condition will assist in the goal of preventing the subject from committing subsequent criminal offenses under federal, state, or local law. These factors include: Subject was convicted of PC647.6(A)(1) Annoy / Molest Child w/Prior. Subject hid in the women's bathroom stall at the Drunken Crab located at 13350 Sherman Way, and video taped children as they used the restroom with his cell phone. |
| 05 | 05. Based on previous offense(s) as noted in the subject's criminal history, the restrictions imposed by this condition will assist in the goal of preventing the subject from committing subsequent criminal offenses under federal, state, or local law. Previous offenses include: There is an active restraining order pertaining to case #LA5SR05470-01 issued on 12/15/15. The restraining order expires on 12/15/2018. |
| 07 | 07. Subject has a documented history of psychiatric/psychological illness and/or related symptoms. |
| 08 | 08. Parole Outpatient Clinic Referral as required per PC Section 3002 and/or Division of Adult Parole Operations policy. |
| 10 | 10. Based on current federal, state, or local laws, or regulations cited in the California Code of Regulations, Title 15, as described below, this condition is imposed to ensure compliance with the following laws or regulations:PC Section 290.011. |
| 11 | 11. Based on your lawful requirement to register as a sex offender pursuant to PC Section 290, you are subject to sex offender treatment programs pursuant to PC Section 3008(b). |
| 12 | 12. GPS/electronic monitor use is authorized for use on subject by PC 3010, 3010.1, 3010.5, 3010.7. |

| PAROLEE'S NAME (LAST, FIRST, M.I.) | PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
|---|---|---|---|
| MANALO, MICHAEL | | BD3660 | |

| PAROLE AGENT'S NAME | PAROLE AGENT'S SIGNATURE | BADGE NO. | DATE SIGNED |
|---|---|---|---|
| | | | |

| UNIT SUPERVISOR'S NAME | UNIT SUPERVISOR'S SIGNATURE | BADGE NO. | DATE SIGNED |
|---|---|---|---|
| F. Saldana | F. Saldana | 5109 | 10/05/2017 |

CDCR SOMS PPST121 – Special Conditions of Parole

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

**01  MICHAEL MANALO  (DOB: 12/13/1980)**
**(Bk# 4818728)**

Defendant(s).

**CASE NO. PA087483**

*I N F O R M A T I O N*

Arraignment Hearing
Date: 12/16/2016
Department: NV J

*FILED*
*LOS ANGELES SUPERIOR COURT*
*DEC 1 5 2016*
*SHERRI R. CARTER, CLERK*
*BY STEPHANIE FUNK, DEPUTY*

## INFORMATION
## SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---------|--------|--------------|-----------|------------|---------------|
| 1 | PC 664/459 | 2-4-6 PSP State Prison | MANALO, MICHAEL | PC 667.5(b) | +1 yr. per prior |

The District Attorney of the County of Los Angeles, by this Information alleges that:

### COUNT 1

On or about October 28, 2016, in the County of Los Angeles, the crime of ATTEMPTED FIRST DEGREE BURGLARY, PERSON PRESENT, in violation of PENAL CODE SECTION 664/459, a Felony, was committed by MICHAEL MANALO, who did attempt to enter an inhabited dwelling house and trailer coach and inhabited portion of a building occupied by FRANCISCA ARENA, with the intent to commit larceny and any felony.

"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged that the above offense is a violation of Penal Code Section 462(a).

It is further alleged that the above offense is a violent felony within the meaning of Penal Code 667.5(c) in that another person, other than an accomplice, was present in the residence during the commission of the above offense.

\* \* \* \* \*

It is further alleged as to count(s) 1 pursuant to Penal Code section 667.5(b) that the defendant(s), MICHAEL MANALO, has suffered the following prior conviction(s):

| Case No. | Charge Code/Statute | Conv. Date | County of Court | State | Court Type |
|---|---|---|---|---|---|
| LA079998 | PC 459 2nd | 01/06/2015 | LOS ANGELES | CA | SUPERIOR |

and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

NOTICE:  Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1.  Willful refusal to provide the samples and impressions is a crime.

NOTICE:  Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

NOTICE:  Conviction of this offense prohibits you from owning, purchasing, receiving, possessing, or having under your custody and control any firearms, and effective January 1, 2018, will require you to complete a Prohibited Persons Relinquishment Form ("PPR") pursuant to Penal Code § 29810.

THIS INFORMATION CONSISTS OF 1 COUNT(S).

Filed in Superior Court,
County of Los Angeles

DATED: 12/8/16

JACKIE LACEY
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY:

LORI L. DERY
HEAD DEPUTY

/HE

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT

MICHAEL MAPALO

**FELONY ADVISEMENT OF RIGHTS, WAIVER, AND PLEA FORM**

| CASE NUMBER | DEPT. |
|---|---|
| PA-087483 | I |

Reserved for Clerk's File Stamp

Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial the box for each applicable item only if you understand and agree with it, and sign and date the form where it says "DEFENDANT'S SIGNATURE," on page 4. If you have any questions about anything on this form or about your case, ask your attorney or the judge.

1. I wish to plead guilty or no contest to the following charges, and I wish to admit the prior convictions, special allegations and enhancements, listed below, which carry the maximum penalties set out below:

| COUNT | CHARGE | MAX. TERM | ENHANCEMENTS (Including Priors and Specials) | YEARS | TOTAL YEARS |
|---|---|---|---|---|---|
| 1 | PC 664/459 | | PC 667.5 (a) | | 2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| AGGREGATE TERM OF IMPRISONMENT | | | | | 2 |

**TERMS OF ANY PLEA BARGAIN (if applicable)**

Initials

2. I understand that it is necessary to disclose any promises of particular sentences or sentence recommendations to the Court on this form. My attorney has told me that if I plead guilty or no contest to the above-listed charge(s), and enhancement(s), the Court will sentence me as follows:

A. Deny Probation and impose a total **State Prison** term of _____ years and _____ months.  N.W.

B. Grant **Probation** under the conditions to be set by the Court, including serving _____ days in the County jail. I understand that a violation of any of the terms and conditions of my probation may cause the Court to send me to state prison for up to the maximum punishment provided by law.  [✗]

C. **Restitution, Statutory Fees, and Assessments** — I understand that the Court will order me to pay between $200 and $10,000 to the Victim Restitution Fund, and if appropriate, pay actual restitution to any victim. The Court will also order me to pay statutory fees and other assessments.  M.M.

D. **Parole Revocation Fine** — I understand that if I am sentenced to state prison, the Court is required to impose a parole revocation fine, which will be suspended unless my parole is revoked.  M.M.

E. Other Terms: Admit prison prior allegation.  M.M.

consecutive to PU LA 084037

Initials 

3. I understand that I have a right to be represented by an attorney of my choice throughout the proceedings. I further understand that if I cannot afford an attorney, the Court will appoint one to represent me at no cost to me. I hereby waive and give up my right to be represented by an attorney.

## CONSTITUTIONAL RIGHTS

4. I understand that I have each of the following rights as to the charges, prior convictions, special allegations and enhancements that are alleged against me. 

   A. **Right to a Jury Trial** — I have the right to a speedy, public jury trial. At the trial, I would be presumed to be innocent, and I could not be convicted unless, after hearing all of the evidence, 12 impartial jurors chosen from the community were convinced of my guilt beyond a reasonable doubt.

   B. **Right to a Court Trial** — As an alternative to a jury trial, if the prosecutor agrees, I may waive jury and have a court trial, where a judge alone sitting without a jury hears the evidence. I still could not be convicted unless, after hearing all of the evidence, the judge was convinced of my guilt beyond a reasonable doubt. 

   C. **Right to Confront and Cross-Examine Witnesses** — I have the right to confront and cross-examine all witnesses testifying against me. This means that the prosecution must produce the witnesses in court, they must testify under oath in my presence, and my attorney will be allowed to question them.

   D. **Right to Remain Silent** — I have the right to remain silent and not incriminate myself, and I cannot be forced to say anything against or to testify against myself. I understand that by pleading guilty or no contest, I am waiving and giving up that right and incriminating myself. 

   E. **Right to Produce Evidence and to Present a Defense** — I have the right to present evidence and to have the Court issue subpoenas to bring into court all witnesses and evidence favorable to me, at no cost to me. I also have the right to testify on my own behalf.

## WAIVER OF CONSTITUTIONAL RIGHTS

5. I hereby waive and give up, for all of the charges against me, including any prior convictions, special allegations or enhancements, my right to a jury trial, my right to a court trial, my right to confront and cross-examine witnesses, my right against self-incrimination and my right to produce evidence and to put on a defense, including my right to testify on my own behalf. 

## STATUTORY RIGHT TO A PRELIMINARY HEARING AND WAIVER

6. I understand that I have a statutory right to a speedy preliminary hearing, prior to any trial. Before I can be required to stand trial, at the preliminary hearing, the prosecutor would have to present evidence sufficient to establish reasonable cause to believe I committed the crimes charged. I also would have all of the above constitutional rights at the preliminary hearing, except that I do not have a right to a jury. I hereby waive and give up my right to the preliminary hearing. 

## CONSEQUENCES OF MY PLEA

7. **Parole (If applicable)** — I understand that a sentence to state prison will include a period of supervised release into the community on parole for _____ years, and that if I violate any of the terms and conditions of my parole, I can be returned to state prison for up to one year for each violation. 

8. **Effect of Conviction on Other Cases** — I understand that a conviction in this case may be grounds for violating any probation or parole that I have been granted in any other case and that I may be subject to additional punishment as a result of that violation. 

9. **Registration** (Check any appropriate box) — I understand that I will be required to register with my local police agency as an: **[ ]** arson offender **[ ]** gang member **[ ]** narcotics offender **[ ]** sex offender, and that if I fail to register or keep my registration current, new criminal charges may be filed against me. 

## DEFENDANT'S SIGNATURE

I have read and initialed each of the paragraphs above and discussed them with my attorney. My initials mean that I have read, understand and agree with what is stated in the paragraph. The nature of the charges and possible defenses to them, and the effect of any special allegations and enhancements have been explained to me. I understand each and every one of the rights outlined above and I hereby waive and give up each of them in order to enter my plea to the above charges.

Signed: _____   Dated: _3-24-17_
                              DEFENDANT

## ATTORNEY STATEMENT

I am the attorney of record for the defendant. I have reviewed this form with my client. I have explained each of the defendant's rights to the defendant and answered all of his or her questions with regard to those rights and this plea. I have also discussed the facts of the case with the defendant, and explained the nature and elements of each charge, any possible defenses to the charges, the effect of any special allegations and enhancements, and the consequences of the plea. I concur in the plea and any related admission and join in the waiver of defendant's constitutional and statutory rights, and I hereby stipulate that there is a factual basis for the plea. I have explained to the defendant that, to the best of my knowledge, the prosecution has provided me with all information and evidence that might play a significant role in his or her defense, or exculpate the defendant, and I know of no reason that the defendant should not plead to this charge.

Signed: _____   Dated: _3-24-17_
                     DEFENDANT'S ATTORNEY

## INTERPRETER'S STATEMENT (If applicable)

I, having been duly sworn or having a written oath on file, certify that I truly translated this form to the defendant in the language indicated below. The defendant stated that he or she understood the contents on the form, and then initialed and signed the form.

Language:   ☐   Spanish.   ☐   Other   (specify) _____

Signed: _____   Dated: _____
                     COURT INTERPRETER

_____
                     TYPE OR PRINT NAME

## COURT'S FINDINGS AND ORDER

The Court, having reviewed this form and any addenda, and having questioned the defendant concerning the defendant's constitutional rights and admission of any prior convictions and special allegations, finds that the defendant has expressly, knowingly, understandingly, and intelligently waived and given up his or her constitutional and statutory rights. The Court finds that the defendant's plea(s) and admission(s) are freely and voluntarily made with an understanding of the nature and consequences thereof, that any allegations of prior convictions, special allegations and enhancements, as indicated in this form are true, and that there is a factual basis for the plea(s) and admission(s). The Court accepts the defendant's plea(s), admission of prior conviction(s) and special allegation(s), if any, and the defendant is convicted upon his or her plea(s). The Court orders that this form filed and incorporated in the docket by reference as though fully set forth therein.

Signed: _____   Dated: _3-24-17_
                     JUDGE (or TEMPORARY JUDGE) of the SUPERIOR COURT

Page 4 of 4

CRIM 102 01/04                                                                                    0300 C30

CRM 102 (800.C30)

Page 3 of 4

Initials

10. **DNA Sample** — I understand that I must provide two blood specimens, a saliva specimen, a right thumbprint, and a palm print, for identification purposes, and that failure to do so constitutes a new criminal offense. 

11. **Serious or Violent Felony** — I understand that if I am pleading to a serious or violent felony (a strike offense), and I am convicted of another felony in the future, then pursuant to the Three Strikes laws, the penalty for that future felony will be increased as a result of my conviction in this case.

12. **Immigration Consequences** — I understand that if I am not a citizen of the United States, I must expect my plea of guilty or no contest will result in my deportation, exclusion from admission from admission or reentry to the United States, and denial of naturalization and amnesty.

## PLEA

13. I hereby freely and voluntarily plead _NO CONTEST_ to the charge(s) listed on page 1 and admit the prior conviction(s), and special allegation(s) and enhancements listed on page 1. I understand that such admission(s) will increase the penalties imposed on me.

14. Prior to entering this plea, I have had a full opportunity to discuss with my attorney the facts of my case, the elements of the charged offense(s) and enhancement(s), any defenses that I may have, my constitutional rights and waiver of those rights, and the consequences of my plea.

15. I offer my plea of guilty or no contest freely and voluntarily and with full understanding of all the matters set forth in the pleading and in this form. No one has made any threats, used any force against me, my family, or loved ones, or made any promises to me, except as set out in this form, in order to convince me to plead guilty or no contest.

16. I offer to the Court the following as the basis for my plea of guilty or no contest and any admission(s) (select applicable box):

A. I stipulate and agree that there is a factual basis for my plea(s) and admission(s).

B. I am pleading guilty or no contest to take advantage of a plea bargain. *(People v. West)*

17. I am not taking any medication, or under the influence of any substance, or suffering from any medical condition, that is or may be impairing my ability to enter into this plea agreement.

18. I understand that a no contest plea will be treated the same as a guilty plea by the Court and that I will be found guilty upon a no contest plea. My no contest plea will not be a bar to liability in any civil lawsuit.

19. If applicable – I understand the Court is allowing me to surrender at a later date to begin serving my time in custody. I agree that if I fail to appear on the date set for surrender without a legal excuse, then my plea will become an open plea to the Court and I may be sentenced to anything up to the maximum allowed by law.

20. If applicable – I understand that I have the right to be sentenced by the same judge or commissioner who takes my plea. I waive and give up that right and agree that any judge or commissioner may sentence me.

21. I have no further questions of the Court or of counsel with regard to my plea(s) and admission(s) in this case.

## STIPULATION TO COMMISSIONER (if applicable)

22. I understand that I have the right to enter my plea before, and be sentenced by, a judge. I give up this right and agree to enter my plea before and be sentenced by a commissioner sitting as a temporary judge.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NORTH VALLEY DISTRICT-SAN FERNANDO COURTHOUSE
900 THIRD STREET
SAN FERNANDO, CALIFORNIA 91340

U.S. POSTAGE >> PITNEY BOWES

ZIP 91340 $ 000.46⁰
02 4W
0000336091 OCT 02 2017

To:

**California Correctional Institution**
Name: _Michael F. Maracle_
CDC #: _BD3660_
Facility _D_ Building _5_ Bed _9 up_
P.O. Box _608_
Tehachapi, CA 93581

5CE8130606 B001

D-90
5-9



SHERRI R. CARTER
EXECUTIVE OFFICER / CLERK

NORTH VALLEY DISTRICT
900 Third Street, Room 1135
San Fernando, CA 91340

*Superior Court of California*
*County of Los Angeles*

| Date | Case / Defendant Name | Case Number |
|------|----------------------|-------------|
| **10-02-2017** | **MICHAEL MANALO** | **PA087483** |

## The request pertaining to the above case(s) cannot be fully completed or processed due to one or more of the following reasons:

_____ Please provide full name of defendant (including any aliases), <u>date of birth</u>, CA drivers license number or CA identification number, case number, violation date, and/or violation charge.

**XXXX** Please direct any written request for discovery such as police reports, DNA reports, & probation reports to your public defender, Mark Corti.

_____ **Fee required**: **Copies** of any record or proceeding on file is **$0.50 per page** (GC 70626(a). **Certification** of any record or proceeding on file is **$25.00** (GC 70627(a).

_____ Incorrect court or agency. Correct court or agency is _____.

_____ Misdemeanor case files are destroyed after (7) seven years, pursuant to section 71008 of the Government Code.

_____ After a thorough search, no record was found for the above defendant that corresponds to the information that was provided.

_____ Case file no longer stored in San Fernando: Please submit your request to: **Archives and Records Center, 222 North Hill St, Rm 212, Los Angeles, CA 90012**. (213) 830-0198

**XXXX** To request <u>court reporter transcripts</u>, please call Court Reporter Services at **(213) 830-0874 / 0825** between the hours of 8:30 a.m. to 10:30 a.m. and 2:00 p.m. to 4:00 p.m. or mail your request to **LA Superior Court, 111 N. Hill St., Rm 234, Los Angeles, CA 90012**.

Make any check(s) payable to: **Los Angeles Superior Court**. If amount is unknown, please specify on check "*Not to exceed more than $_____*" and include a self-addressed, stamped envelope. If known, include case number in memo section of check(s).

This is to certify that the record(s) requested was not processed for reason(s) stated above.

_____

Deputy Clerk

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<24311820@cacd.uscourts.gov>Subject:Activity in Case 2:17-cv-07227-R-FFM Michael
F. Manalo v. Superior Court of California County of Los Angeles Notice of Reference to US
Magistrate Judge (CV-84) (Habeas Corpus) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/3/2017 at 7:36 AM PDT and filed on 9/29/2017

| | |
|---|---|
| **Case Name:** | Michael F. Manalo v. Superior Court of California County of Los Angeles |
| **Case Number:** | 2:17-cv-07227-R-FFM |
| **Filer:** | |
| **Document Number:** | 2 |

**Docket Text:**
**NOTICE OF REFERENCE to a U.S. Magistrate Judge. This case has been assigned to the
calendar of the Honorable District Judge Manuel L. Real and referred to Magistrate Judge
Frederick F. Mumm, who is authorized to consider preliminary matters and conduct all further
hearings as may be appropriate or necessary. Pursuant to Local Rule 83-2.4, the Court must be
notified within five (5) days of any address change. See notice for additional details. (et)**

**2:17-cv-07227-R-FFM Notice has been electronically mailed to:**
**2:17-cv-07227-R-FFM Notice has been delivered by First Class U. S. Mail or by other means BY
THE FILER to :**
Michael F. Manalo
CDC BD3660
California Correctional Institution Tehachapi
PO Box 608
Tehachapi CA 93581



Frm. Michael Manalo
7977 Cherrystone Ave.
Panorama city CA 91402

LEGAL MAIL

U.S. POSTAGE
PANORAMA CITY, CA
JAN 03 2018
AMOUNT
**$1.61**
R2300M144369-09

CLERK, U.S. DISTRICT COURT
JAN - 4 2018
CENTRAL DISTRICT OF CALIFORNIA

ATTN: clerk of the court
central District court of california
312 North spring St. Rm 68
Los Angeles CA. 90012

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL